AO 154 (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

| Central | District of | California |
|---|---|---|

United States

Plaintiff (s),

V.

Lorenzo Clay, II

Defendant (s),

**CONSENT ORDER GRANTING
SUBSTITUTION OF ATTORNEY**

CASE NUMBER: 2:05-cr-00948-VBF-1

Notice is hereby given that, subject to approval by the court, Lorenzo Clay, II _____ substitutes

(Party (s) Name)

Michael Romano _____, State Bar No. 232182 _____ as counsel of record in

(Name of New Attorney)

place of Dominic Cantalupo _____.

(Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

Firm Name: Three Strikes Project- Stanford Law School

Address: 559 Nathan Abbott Way, Stanford CA 94305

Telephone: (650) 736-7757 _____ Facsimile (650) 723-8230

E-Mail (Optional): mromano@stanford.edu

I consent to the above substitution.

Date: 5-22-18 _____

_____

(Signature of Party (s))

I consent to being substituted.

Date: 05/22/2018 _____

_____

(Signature of Former Attorney (s))

I consent to the above substitution.

Date: 5/16/18 _____

_____

(Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date: May 25, 2018 _____

_Valerie Baker Fairbank_

_____

Judge
The Hon. Valerie Baker Fairbank
Senior United States District Judge

**[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]**